**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6758**

———————

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

ERIC ARTHUR WALTON,

                                        Defendant - Appellant.

———————

Appeal from the United States District Court for the Northern
District of West Virginia, at Wheeling.  Frederick P. Stamp, Jr.,
District Judge.  (CR-94-21, CA-99-86)

———————

Submitted:  November 6, 2002      Decided:  November 20, 2002

———————

Before WILLIAMS, TRAXLER, and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Eric Arthur Walton, Appellant Pro Se.  Samuel Gerald Nazzaro, Jr.,
Assistant United States Attorney, Wheeling, West Virginia, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Eric Arthur Walton seeks to appeal the district court's order accepting the recommendations of the magistrate judge and denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude for the reasons stated by the district court that Walton has not made a substantial showing of the denial of a constitutional right. See United States v. Walton, Nos. CR-94-21; CA-99-86 (N.D.W. Va. Feb. 28, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED